| | |
|---|---|
| FRESHKO PRODUCE SERVICES, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>WRITE ON MARKETING, INC., a Wyoming corporation; JOSE SALAZAR, an individual; ARNULFO DIAZ, an individual; and RUDY GOMEZ BRAVO, an individual,<br><br>Defendants. | Case No. 1:18-cv-01703-DAD-BAM<br><br>ORDER GRANTING *EX PARTE* APPLICATION FOR ORDER FOR PUBLICATION OF SUMMONS AS TO DEFENDANT RUDY GOMEZ BRAVO<br><br>(Doc. No. 14) |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Currently before the Court is Plaintiff Freshko Produce Services, Inc.'s *Ex Parte* Application for Order for Publication of Summons as to Defendant Rudy Gomez Bravo. (Doc. No. 14). Plaintiff brings this action under the Perishable Agricultural Commodities Act.

Plaintiff reports that it has made diligent efforts to serve Defendant Rudy Gomez Bravo, but those efforts have failed. (Doc. No. 14; Doc. No. 14-1.) Plaintiff now seeks to serve Mr. Bravo via publication pursuant to California Code of Civil Procedure § 415.50. (Doc. No. 14.)

Having considered the filing and evidence contained in Plaintiff's application, along with the declaration of Plaintiff's counsel, the Court finds that Mr. Bravo cannot with reasonable diligence be served in any other manner specified in sections 415.10 through 415.40 of the

1

California Code of Civil Procedure, and that Mr. Bravo is a necessary party to this action.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's *Ex Parte* Application for Order for Publication of Summons as to Defendant Rudy Gomez Bravo is GRANTED. (Doc. No. 14);

2. Pursuant to Fed. R. Civ. P. 4 and Cal. Code Civ. Proc. § 415.50, service upon Defendant Rudy Gomez Bravo shall be effectuated by publication of the summons not less than once a week for four consecutive weeks in the *Los Angeles Daily Journal*.

3. A copy of the summons, the complaint and the order for publication shall be forthwith mailed to Defendant Rudy Gomez Bravo if his address is ascertained before expiration of the time prescribed for publication of the summons.

IT IS SO ORDERED.

Dated: **March 12, 2019**     /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE