ISSUED COPY

WANGER JONES HELSLEY PC
265 E. River Park Circle, Suite 310
Fresno, CA 93720
Telephone: (559) 233-4800
Facsimile: (559) 233-9330

Kurt F. Vote, # 160496
kvote@wjhattorneys.com

Attorneys for: Plaintiff FRESHKO PRODUCE SERVICES, INC., a Delaware corporation

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO

| | |
|---|---|
| FRESHKO PRODUCE SERVICES, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>WRITE ON MARKETING, INC., a Wyoming corporation; JOSE SALAZAR, an individual; ARNULFO DIAZ, an individual; and RUDY GOMEZ BRAVO, an individual,<br><br>Defendants. | Case No. 1:18-cv-01703-DAD-BAM<br><br>[~~PROPOSED~~] **JUDGMENT BY DEFAULT FOR SUM CERTAIN** |

Defendants were served with the Summons and Complaint in this action as follows: WRITE ON MARKETING, INC. on January 10, 2019; JOSE SALAZAR on January 16, 2019; ARNULFO DIAZ on January 6, 2019; and RUDY GOMEZ BRAVO on April 17, 2019, and the time for Defendants to appear, answer or move against the Complaint has expired without an appearance by Defendants. Accordingly, pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure, it is hereby

ADJUDGED that the Plaintiff, FRESHKO PRODUCE SERVICES, INC., recover from the Defendants WRITE ON MARKETING, INC.; JOSE SALAZAR; ARNULFO DIAZ; and RUDY GOMEZ BRAVO, jointly and severally, the sum of $218,090.08, consisting of the principal amount claimed of $185,352.67 plus accrued service charges thereon of $32,737.41, amounting in all to

$218,090.08, plus interest on the judgment at the legal rate until the judgment is satisfied, and the Plaintiff has execution therefore.

Pursuant to Local Rule 293, Plaintiff shall have 28 days from entry of Judgment herein to file a Motion for Attorney's Fees, seeking to recover all fees and costs incurred.

Clerk of the Court
United States District Court – Eastern District

Marianne Matherly, Clerk

By _____

JUDGMENT ENTERED THIS 23rd DAY OF _____May_____, 2019.

{8631/003/00984662.DOCX}

2

*** JUDGMENT BY DEFAULT FOR SUM CERTAIN ***