UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRESHKO PRODUCE SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> WRITE ON MARKETING, INC., et al., <br><br> Defendants. | No. 1:18-cv-01703-DAD-BAM <br><br><br> ORDER REFERRING MOTION TO MAGISTRATE JUDGE |

     Pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(a), the pending motion for attorney's fees (Doc. Nos. 30, 31, 32) is hereby referred to United States Magistrate Judge Barbara A. McAuliffe in accordance with 28 U.S.C. § 636(b)(1)(B) and (C). Accordingly, the hearing on the motion set for August 6, 2019 at 9:30 a.m. in Courtroom 5 before the undersigned is hereby vacated and a new hearing date will be set by minute order of the assigned magistrate judge if deemed appropriate.

IT IS SO ORDERED.

Dated: **July 25, 2019**

                                                                          UNITED STATES DISTRICT JUDGE