UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRESHKO PRODUCE SERVICES, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>WRITE ON MARKETING, INC., a Wyoming corporation; JOSE SALAZAR, an individual; ARNULFO DIAZ, an individual; and RUDY GOMEZ BRAVO, an individual,<br><br>    Defendants. | Case No.  1:18-cv-01703-DAD-BAM<br><br>**ORDER RE APPLICATION FOR APPEARANCE AND EXAMINATION**<br><br>(Doc. No. 39) |

On December 3, 2020, Plaintiff Freshko Produce Services, Inc. ("Plaintiff") filed an application seeking an order for appearance and examination of judgment debtor Arnulfo Diaz. (Doc. No. 39.)  Plaintiff requests an order for the judgment debtor to appear and furnish information to aid in enforcement of the money judgment against him.  Plaintiff proposes to set the examination in the United States District Court for the Eastern District of California, *Sacramento Division*.  (*Id.*)  Plaintiff does not propose a date or time for conducting the examination.

In light of the coronavirus (COVID-19) outbreak, evolving coronavirus protocols and General Order No. 618, all courthouses of the United States District Court for the Eastern District

1

of California are closed to the public and all civil matters in which a hearing is necessary must be by telephone or videoconference until further notice.  Based on these restrictions, Plaintiff's application seeking personal appearance of the judgment debtor in either the Sacramento or Fresno Division of this Court cannot be accommodated at this time.  Accordingly, IT IS HEREBY ORDERED as follows:

1. Within twenty-one (21) days from the date of this order, Plaintiff shall inform the Court in writing whether or by what means it proposes that any judgment debtor examination proceed; and

2. Plaintiff may comply with this order by submitting an amended application for appearance and examination consistent with current coronavirus protocols.  Any such application should include a proposed date, time and means for conducting the judgment debtor examination.

IT IS SO ORDERED.

Dated:  **December 4, 2020**          /s/ *Barbara A. McAuliffe*          _
                                      UNITED STATES MAGISTRATE JUDGE

2