**WANGER JONES HELSLEY PC**
265 E. River Park Circle, Suite 310
Fresno, CA  93720
Telephone:   (559) 233-4800
Facsimile:    (559) 233-9330

Kurt F. Vote, # 160496
kvote@wjhattorneys.com

Attorneys for:   Judgment Creditor FRESHKO PRODUCE SERVICES, INC., a Delaware corporation

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO

| | |
|---|---|
| FRESHKO PRODUCE SERVICES, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>WRITE ON MARKETING, INC., a Wyoming corporation; JOSE SALAZAR, an individual; ARNULFO DIAZ, an individual; and RUDY GOMEZ BRAVO, an individual,<br><br>Defendants. | Case No.   1:18-cv-01703-DAD-BAM<br><br>**ORDER TO APPEAR FOR EXAMINATION** |

**TO:   JUDGMENT DEBTOR, ARNULFO DIAZ, 9083 MIRASSOU COURT, SACRAMENTO, CALIFORNIA 95829:**

**YOU ARE ORDERED TO APPEAR** <u>telephonically</u> before this court, or before a referee appointed by the Court, to furnish information to aid in enforcement of a money judgment which this Court issued on May 23, 2019 against you:

| | |
|---|---|
| **DATE:** | **February 5, 2021** |
| **TIME:** | **9:00 a.m.** |
| **MAGISTRATE JUDGE:** | **Barbara A. McAuliffe** |
| **COURTROOM:** | **8** |
| **TELECONFERENCE NO:** | **(877) 411-9748** |
| **ACCESS CODE:** | **3219139** |

1

This order may be served by a sheriff, marshal or registered process server.

**NOTICE TO JUDGMENT DEBTOR.  IF YOU FAIL TO APPEAR AT THE TIME AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO ARREST AND PUNISHMENT FOR CONTEMPT OF COURT AND THE COURT MAY MAKE AN ORDER REQUIRING YOU TO PAY THE REASONABLE ATTORNEY'S FEES INCURRED BY THE JUDGMENT CREDITOR IN THIS PROCEEDING.**

IT IS SO ORDERED.

Dated:   **December 11, 2020**              /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE