UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRESHKO PRODUCE SERVICES, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>WRITE ON MARKETING, INC., a Wyoming corporation; JOSE SALAZAR, an individual; ARNULFO DIAZ, an individual; and RUDY GOMEZ BRAVO, an individual,<br><br>Defendants. | Case No. 1:18-cv-01703-DAD-BAM<br><br>**ORDER GRANTING *EX PARTE* APPLICATION FOR ORDER FURTHER CONTINUING JUDGMENT DEBTOR EXAMINATION AND ORDER TO JUDGMENT DEBTOR ARNULFO DIAZ TO APPEAR AND SHOW CAUSE;**<br><br>**ORDER ALLOWING SERVICE BY U.S. MARSHALS SERVICE**<br><br>(Doc. 46) |

Plaintiff Freshko Produce Services, Inc. ("Judgment Creditor") initiated this action on December 14, 2018, against Write On Marketing, Inc., Jose Salazar, Arnulfo Diaz, and Rudy Gomez Bravo based on a series of transactions for the sale of perishable agricultural commodities on credit pursuant to a written credit application. (Doc. 1.)  Plaintiff asserted various claims, including claims arising under the Perishable Agricultural Commodities Act ("PACA"), 7 U.S.C. 499, et seq. (*Id.*)  Defendants failed to answer or otherwise respond to the complaint, and the Clerk of the Court entered their defaults.  (Docs. 9, 11, 13, 20.)  Thereafter, default judgment was entered against defendants jointly and severally on May 23, 2019, in the amount of $218,090.08,

plus interest on the judgment at the legal rate until the judgment is satisfied. (Doc. 22.) Abstract of judgments were issued on June 5, 2019.  (Docs. 27, 28, 29.) Costs were taxed in the amount of $1,080.00, (Doc. 33), and attorneys' fees were awarded in the amount of $7,240.00 (Doc. 38).

On December 11, 2020, the court entered an order to appear and for examination to Judgment Debtor Diaz, directing him to appear telephonically before this court on February 5, 2021, at 9:00 a.m. to furnish information to aid in enforcement of the money judgment against him. The court's order expressly authorized service by a sheriff, marshal or registered process server. (Doc. 42 at 2.) Judgment Creditor filed a proof that Judgment Debtor Diaz was served personally with the Order on December 18, 2020.[1] (Doc. 43.)

On February 5, 2021, Judgment Debtor Diaz failed to appear for examination. The court therefore continued the judgment debtor examination to March 14, 2021, and issued an order for Judgment Debtor Diaz to appear telephonically at the continued examination and to show cause why this matter should not be referred to the District Judge for contempt proceedings for his failure to appear, and why he should not be ordered to pay Judgment Creditor's attorney's fees associated with the failure to appear. The court also directed Judgment Creditor to personally served the court's order on Judgment Debtor Diaz not less than ten (10) days before the date set for the continued judgment debtor examination and show cause hearing and file proof of service with this court. (Doc. 45.)

On March 3, 2021, Judgment Creditor filed the instant *ex parte* application to continue the judgment debtor examination and show cause hearing set for March 24, 2021, and for an order allowing service by the U.S. Marshals Service. Judgment Creditor explains that the application is necessary because Judgment Debtor Diaz cannot be served at his last known address despite being personally served at that same address on December 18, 2020. (Doc. 46 at 2.) According to the Declaration of Kurt F. Vote in support of the application, Judgment Creditor has made numerous attempts, through its process server, to effect service of the court's February 8, 2021 Order Continuing Judgment Debtor Examination and Order to Judgment Debtor Arnulfo Diaz to

---

[1] The proof of service identified the hearing date as "1/29/21" at "10:00 AM." (*Id.* at 2.)

Appear and Show Cause on Judgment Debtor at his last known address, where he was previously served. (Doc. 46-1, Vote Decl. at ¶ 4.) The process server's affidavit, attached to Mr. Vote's declaration, details the attempts to effectuate service, indicating that service was attempted twice on February 9, 2021, three times on February 11, 2021, and twice on February 12, 2021. (Doc. 46-1, Ex. B.) On February 12, 2021, the process server knocked on the door at 9:00 a.m. and a male answered stating that the subject did not live there. When the process server mentioned that they served Judgment Debtor there last December, the answering male stated that the Judgment Debtor "moved out last month" and "he has no contact with subject and does not know where he is living." (Doc. 46-1, Ex. B at 7.)

Having considered the *ex parte* application, and cause appearing, IT IS HEREBY ORDERED as follows:

1. Judgment Creditor's *Ex Parte* Application for Order Further Continuing Judgment Debtor Examination and Order to Judgment Debtor Arnulfo Diaz to Appear and Show Cause; and Order Allowing Service by U.S. Marshals Service (Doc. 46) is GRANTED;

2. The February 8, 2021 Order setting the continued Judgment Debtor Examination of Judgment Debtor ARNULFO DIAZ and setting an Order to Appear and Show Cause for March 24, 2021 (Doc. 45) is continued to **May 14, 2021, at 9:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**;

3. Judgment Debtor Arnulfo Diaz shall <u>telephonically</u> appear before this court as specified below for the continued debtor's examination and to SHOW CAUSE why this matter should not be referred to the District Judge for contempt proceedings for his failure to appear at the judgment debtor examination on February 5, 2021, and why he should not be ordered to pay Plaintiff's attorney's fees and costs associated with his failure to appear on February 5, 2021:

>   DATE:                   May 14, 2021
>   TIME:                   9:00 AM
>   MAGISTRATE JUDGE:       Barbara A. McAuliffe
>   COURTROOM:              8 (BAM)
>   TELECONFERENCE NUMBER:  1-877-411-9748
>   ACCESS CODE:            3219139

4.      Consistent with the court's December 11, 2020 Order to Appear for Examination allowing for service by a marshal, the U.S. Marshals Service is directed to serve this Order, as well as the Court's February 8, 2021 Order Continuing Judgment Debtor Examination and Order to Judgment Debtor Arnulfo Diaz to Appear and Show Cause, on Judgment Debtor Arnulfo Diaz no less than ten (10) days before the date set for the continued judgment debtor examination and show cause hearing and file proof of service with this court.

**NOTICE TO JUDGMENT DEBTOR. IF YOU FAIL TO APPEAR AT THE TIME AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO ARREST AND PUNISHMENT FOR CONTEMPT OF COURT AND THE COURT MAY MAKE AN ORDER REQUIRING YOU TO PAY THE REASONABLE ATTORNEY'S FEES INCURRED BY THE JUDGMENT CREDITOR IN THIS PROCEEDING.**

IT IS SO ORDERED.

Dated:   **March 9, 2021**              /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE